```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 11964
   MICHAEL J NEUROHR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-1256

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 07/05/2007 and was not confirmed.

    The case was dismissed without confirmation 10/04/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
CODILIS & ASSOCIATES ^    NOTICE ONLY    NOT FILED          .00            .00
GEN MOTORS ACCEPTANCE     NOTICE ONLY    NOT FILED          .00            .00
GMAC MORTGAGE             CURRENT MORTG       .00           .00            .00
GMAC MORTGAGE             MORTGAGE ARRE  18500.00           .00            .00
GMAC                      UNSEC W/INTER   4254.13           .00            .00
NICOR GAS                 UNSEC W/INTER NOT FILED           .00            .00
GMAC MORTGAGE CORPORATIO  NOTICE ONLY    NOT FILED          .00            .00
*THAV & RYKE PLLC         DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                     ---------------        ---------------
TOTALS                    .00                       .00




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 11964 MICHAEL J NEUROHR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE